FILED
October 15, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002155259

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:
JEFFREY MICHAEL GREEN
SHEILA ANN GREEN

Debtor(s)

Chapter 13
Case No: 09-92742
Date: October 14, 2009
Time: 10:30 AM

## MINUTES OF SECTION 341A MEETING OF CREDITORS
## RUSSELL D. GREER, CHAPTER 13 TRUSTEE

Appearances:

( X ) Debtor appeared.
(   ) Debtor failed to appear.
(   ) Debtor's appearance not required. (Debtor appeared previously).

( X ) Joint Debtor appeared.
(   ) Joint Debtor failed to appear.
(   ) Joint Debtor's appearance not required. (Joint Debtor appeared previously).

( X ) Attorney of record for Debtor(s) appeared:
      HADDIX LAW FIRM
(   ) Special appearance for attorney of record by _____
(   ) Debtor(s) attorney of record failed to appear.
(   ) Debtor(s) attorney of record's appearance not required.

Creditors: _____
           _____
           _____

( X ) 341 Meeting concluded.

(   ) 341 Meeting is continued to: _____ @ _____ a.m./p.m.

(   ) 341 Meeting dropped. (Case dismissed or converted.)

/s/ Russell D. Greer
Russell D. Greer, Chapter 13 Standing Trustee